UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
File No.: 7:08-CR-140-D-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | (DE 162) |
| KENNETH LOCKLEAR | ) | |
| | ) | |

Upon the motion of the defendant and for good cause shown, it is hereby ordered that DE 162 (2020 Medical Records) be sealed until further notice by this Court.

This __4__ day of __May__, 2021.

JAMES C. DEVER III
United States District Judge